**Whitney Stark, OSB No. 090350**
whitney@albiesstark.com
**ALBIES & STARK, LLC**
1 SW Columbia Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770
Facsimile: (503) 427-9292

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRETT WELLS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>8 FIGURE DREAM LIFESTYLE, LLC; MILLIONAIRE MIND ENTERPRISES, LLC; SUPER AFFILIATES, LLC; BRIAN KAPLAN; JERROLD MAURER; ALEX DOWLATSHAHI; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 3:19-cv-00786-SB<br><br>STIPULATED DISMISSAL OF ACTION |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants Brian Kaplan, Jerrold Maurer and Alex Dowlatshahi, by and through their respective counsel of record, hereby stipulate to the dismissal of this action in its entirety, with prejudice and without costs or attorney fees to any party.

/ / /

/ / /

PAGE - 1　　　STIPULATED DISMISSAL OF ACTION

Dated:  April 20, 2021

Respectfully submitted by,

*s/ Whitney Stark*

Whitney Stark, OSB No. 090350
whitney@albiesstark.com
**ALBIES & STARK, LLC**
1 SW Columbia Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770

*Attorney for Plaintiff Brett Wells*

*s/ Aurelia Erickson*

Aurelia Erickson, OSB No. 126170
aurelia@mcgaughey-erickson.com
**MCGAUGHEY ERICKSON**
65 SW Yanhill Street, Suite 200
Portland, OR  97204
Telephone: (503) 223-7555

*Attorney for Defendants Dowlatshahi, Kaplan & Maurer*