IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRETT W. WELLS,<br><br>               Plaintiff,<br><br>     v.<br><br>8 FIGURE DREAM LIFESTYLE, LLC, et al.,<br><br>               Defendants. | Case No. 3:19-cv-00786-SB<br><br>**ORDER OF DISMISSAL** |

In accord with the Stipulated Dismissal of Action (ECF No. 49) filed on April 20, 2021, IT IS ORDERED that this action is DISMISSED with prejudice, without costs or attorney's fees to any party.

**IT IS SO ORDERED.**

DATED this 22nd day of April, 2021.

*/s/ Stacie F. Beckerman*
_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

Page 1 – ORDER OF DISMISSAL